UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Antuan D. Morris,**
        **Plaintiff,**    CASE NUMBER: 12-14922
                                  HONORABLE VICTORIA A. ROBERTS
v.                                MAG. JUDGE R. STEVEN WHALEN

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

On September 30, 2013, Magistrate Judge Whalen issued a Report and Recommendation [Doc.16], recommending that Plaintiff's Motion for Summary Judgment [Doc. 8] be granted, Defendant's Motion for Summary Judgment [Doc. 13] be denied and this case be remanded for further proceedings pursuant to 42 U.S.C. §405(g).

Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court accepts the Report and Recommendation. Plaintiff's motion is GRANTED, Defendant's Motion is DENIED and this matter is remanded for further administrative proceedings pursuant to 42 U.S.C. §405(g)**.**

    **IT IS ORDERED**.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  October 30, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 30, 2013.

S/Linda Vertriest
Deputy Clerk